AUSA:   Nhan Ho                    Telephone:  (313) 226-9100

AO 91 (Rev. 11/11)  Criminal Complaint         Special Agent:      Kara Klupacs, ATF          Telephone:  (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America

v.

Almoni DAVIS

Case No.

Case: 2:25−mj−30720
Assigned To : Unassigned
Assign. Date : 11/24/2025
Description: REl ALMONI DAVIS
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 22, 2025_____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

|     *Code Section*     |     *Offense Description*     |
|------------------------|-------------------------------|
| 18 U.S.C. § 922(o)     | Possession of a machinegun    |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____

Kara Klupacs, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____November 24, 2025_____

_____
*Judge's signature*

City and state: _Detroit, MI_____

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Kara Klupacs, being duly sworn, depose and state the following:

### I.      INTRODUCTION

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 1. I have graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training.  Prior to becoming a Special Agent, I served eight years as a federal law enforcement officer, both as a U.S. Customs and Border Protection Officer out of the Port of Detroit and as a U.S. Secret Service Uniformed Division Officer in Washington, DC. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited

purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

## II.    PROBABLE CAUSE

4.    On November 6, 2025, a shooting on Rutherford Street in Detroit killed a 19-year-old victim who sustained multiple gunshot wounds to the head and body. Preliminary ballistic testing and a resulting NIBIN lead indicate that the homicide was carried out with the same converted machinegun linked to two other fatal shootings and one non-fatal shooting since May 2025. Witnesses identified DAVIS as the one who fired shots at the victim following a verbal altercation.

5.    A video obtained as part of the investigation shows DAVIS holding a pistol equipped with what appeared to be a purple machinegun conversion device, commonly known as a Glock switch.



6.      On November 22, 2025, Detroit police conducted a traffic stop in Detroit on a red Buick Enclave that has no insurance. DAVIS was seated in the third-row passenger area, along with several other occupants—including a young child. After the driver admitted that his license was suspended, officers continued their investigation and instructed the occupants to step out of the vehicle.

7.      When it was his turn to exit the car, DAVIS quickly moved from the third row toward the driver's door. DAVIS initially appeared to comply, but almost immediately upon beginning to speak with an officer, he suddenly shoved off and ostensibly attempted to run away from the officer. Officers grabbed hold of him, and DAVIS actively resisted. Officers were forced to take DAVIS to the ground to gain control. During the struggle, they discovered that DAVIS had been carrying a black-and-gold Glock 19X 9mm pistol equipped with a loaded magazine and a Glock switch.



3

8.     DAVIS has previously been involved in encounters with law enforcement in which machinegun-converted firearms were recovered.  In August 2023, Detroit police responded to a report of multiple shots fired and stopped a vehicle matching the description of the one used by the fleeing suspects. DAVIS was seated in the rear passenger area with several other individuals, including one who would later be a passenger in the red Buick Enclave with DAVIS on November 22, 2025. The vehicle was subsequently determined to be an Uber, and the driver stated that she had no knowledge of any firearms or that her passengers had brought weapons into her car. During the stop, officers recovered three firearms from the back-seat area: (1) a loaded, unserialized Polymer80 pistol— commonly referred to as a ghost gun—equipped with a loaded magazine and a functional Glock switch, found on the floorboard; (2) a Cobra CB9 Derringer 9mm handgun containing two spent shell casings, located in the rear armrest; and (3) a Century Arms Micro Draco pistol recovered from a bag behind the driver's seat.

9.     Title 18, United States Code, Section 922(o) prohibits the possession of any machinegun manufactured after May 19, 1986. Under 18 U.S.C. § 921(a)(23), the term "machinegun" carries the meaning set forth in section 5845(b) of the National Firearms Act, which defines a machinegun as "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger." 26

4

U.S.C. § 5845(b). The definition also includes" the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person." *Id.* A machinegun conversion device—commonly referred to as a "Glock switch" or "Glock Auto Sear"—is a part, or combination of parts, designed to convert a semiautomatic Glock pistol into a firearm capable of fully automatic fire by a single pull of the trigger, and therefore constitutes a "machinegun" under federal law. ATF is not aware of any Glock conversion devices developed prior to May 19, 1986; accordingly, all such devices are considered post-1986 machineguns.

10. Because DAVIS has a history of being around, and at times handling, firearms equipped with Glock switches, including, according to witnesses, discharging a firearm fitted with a Glock switch less than two weeks before the November 22, 2025 traffic stop, probable cause exists that DAVIS understands the function of Glock switches and knew that the suspected Glock switch attached to the Glock 19X found on his person during the November 22, 2025 stop was capable of converting the firearm into a fully automatic machinegun.

11. After reviewing the description and photographs of the suspected Glock switch affixed to the Glock 19X, ATF Special Agent Kenton Weston—who

5

has received specialized training on machinegun conversion devices, has provided instruction to state and federal law enforcement on their identification, and has extensive experience investigating, seizing, and examining dozens of machinegun conversion devices—opined that the device attached to the Glock 19X appears to be a machinegun conversion device.

### III.    CONCLUSION

12.    Probable cause exists that on November 22, 2025, in the Eastern District of Michigan, Almoni DAVIS knowingly possessed a machinegun in violation of 18 U.S.C. § 922(o).

Respectfully submitted,

_____
Kara Klupacs
ATF Special Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

Dated: _____ November 24, 2025 _____

6