3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.                                                    Violation: 18 U.S.C. § 922(o)

ALMONI DAVIS,                          Case: 2:26-cr-20489
                                       Assigned To : McMillion, Brandy R.
                                       Referral Judge: Stafford, Elizabeth A.
Defendant.                             Assign. Date : 7/29/2026
                                       Description: ind USA v. Davis (lh)

_____

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

On or about November 22, 2025, in the Eastern District of Michigan,

Southern Division, the defendant, ALMONI DAVIS, knowingly possessed a

machinegun, as defined by 26 U.S.C. § 5845(b), that is, one Glock 19X, 9mm

caliber, pistol, equipped with a machinegun conversion device, in violation of Title

18, United States Code, Section 922(o).

### FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Count One of this Indictment are hereby re-

alleged and incorporated by reference for the purpose of alleging forfeiture

pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, the defendant, ALMONI DAVIS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in any knowing violation of said offense, including but not limited to: Glock 19X, 9mm caliber pistol, and all related machinegun conversion devices and ammunition.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson


JEROME F. GORGON, JR.
United States Attorney

*s/Mark Bilkovic*
Mark Bilkovic
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

*s/Nhan Ho*
Nhan Ho
Assistant United States Attorney

Dated: July 29, 2026

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ **No** | **AUSA's Initials:**  N . H |

**Case Title:** USA v.  Almoni Davis

**County where offense occurred :**  Wayne

**Check One:**     ☒ **Felony**          ☐ Misdeme

Case: **2:26-cr-20489**
Assigned To : **McMillion, Brandy R.**
Referral Judge: **Stafford, Elizabeth A.**
Assign. Date : **7/29/2026**
Description: **ind USA v. Davis (lh)**

> ✔ Indictment/____Information --- **no** prior complaint.
> ____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]
> ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____          **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 29, 2026
_____
Date

s/Nhan Ho
_____
Nhan Ho
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9632
Fax:
E-Mail address: nhan.ho@usdoj.gov
Attorney Bar #: P82793

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.